**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

SARA DEPIERRO,

        Plaintiff,

vs.

METROPOLITAN LIFE INSURANCE COMPANY,

        Defendant.

## **COMPLAINT**

COMES NOW the Plaintiff, SARA DEPIERRO, by and through the undersigned attorneys, and files this Complaint stating causes of action against Defendant, METROPOLITAN LIFE INSURANCE COMPANY, and alleges as follows:

1. This is an action for recovery of benefits under employee welfare benefit plans brought pursuant to 29 U.S.C. §1132(a)(1)(b)(ERISA).

2. Plaintiff, SARA DEPIERRO, is an adult resident citizen of Nassau County, Florida.

3. Defendant, METROPOLITAN LIFE INSURANCE COMPANY (hereinafter "METLIFE"), is a foreign corporation authorized to engage and engaging in business within the State of Florida.

4. This Court maintains subject matter jurisdiction over this action pursuant to 29 U.S.C. § 1132(e) and 28 U.S.C. § 1331.

### **COUNT I – BREACH OF CONTRACT**

5. Plaintiff and/or her employer, Travelers Insurance, purchased through her employer a contract of salary continuance insurance including long term disability (LTD) benefits (hereinafter "the LTD Plan"), effective March 9, 2015.

6. At all times material to this Complaint, the LTD Plan was in full force and effect and Plaintiff was an LTD Plan participant.

7. Defendant, METLIFE, is in possession of all master LTD Plan documents.

8. Defendant is a third party plan administrator or claims fiduciary given discretion to interpret LTD Plan provisions and is an LTD Plan fiduciary, or alternatively, is an LTD plan fiduciary without discretion to interpret LTD Plan provisions.

9. On or about May 8, 2017, Plaintiff became totally disabled from her past employment as defined by the LTD Plan, due to post-partum depression, major depressive disorder, anxiety, and other exertional and non-exertional impairments.

10. Plaintiff made a timely application for disability benefits under the LTD Plan.

11. On or about August 14, 2017, Plaintiff's application for benefits was approved by Defendant or its agents.

12. On or about August 24, 2018, Defendant notified Plaintiff that Defendant was terminating Plaintiff's claim for benefits and would not pay benefits beyond August 23, 2018.

13. Plaintiff appealed said denial of benefits on or about September 17, 2018.

14. Defendant acknowledged receipt of Plaintiff's appeal on October 8, 2018.

15. On or about November 6, 2018, Defendant upheld its previous decision to deny the claim for benefits.

16. Plaintiff continues to remain totally disabled from employment, as defined by the Plan, due to post-partum depression, major depressive disorder, anxiety, and other exertional and non-exertional impairments.

17. Plaintiff has exhausted all administrative remedies afforded by the Plan and has otherwise complied with all conditions precedent to this action.

18. Each of the Defendant's denials of Plaintiff's claims for LTD benefits constituted abuse of Defendant's discretion under the Plan and derogated Plaintiff's right to disability benefits under the terms of the Plan.

WHEREFORE, Plaintiff prays for a judgment against the Defendant for all LTD Plan benefits owing at the time of said judgment, pre-judgment interest, attorney's fees, costs of this

action, and all other relief deemed just and proper by the Court.

Dated: May 31, 2019.

>*/s/ Nick A. Ortiz*
>Nick A. Ortiz
>Florida Bar No. 12699
>Ortiz Law Firm
>823 E Jackson St.
>Pensacola, FL 32501
>(850) 308-7833(P)
>(850) 208-3613 (F)
>nick@nickortizlaw.com
>
>*/s/ Katelyn L. Hauser*
>Katelyn L. Hauser
>Florida Bar No. 0127560
>Ortiz Law Firm
>823 East Jackson Street
>Pensacola, FL 32501
>(850) 308-7833 (P)
>(850) 208-3613 (F)
>kate@ortizlawfirm.com
>Counsel for Plaintiff