UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

SARA DEPIERRO,

    Plaintiff,

v.                                              Case No. 3:19-cv-644-J-39JRK

METROPOLITAN LIFE INSURANCE
COMPANY,

    Defendant.
_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Joint Stipulation of Dismissal with Prejudice (Doc. No. 18; Stipulation) filed on October 29, 2019. In the Stipulation, the parties state that they agree to the dismissal of this case with prejudice. See Stipulation at 1. Accordingly, it is hereby

ORDERED:

1. This case is **DISMISSED with prejudice.**

2. Each party shall bear its own costs and fees.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

DONE and ORDERED in Jacksonville, Florida this 30th day of October, 2019.

_____
BRIAN J. DAVIS
United States District Judge

cs

Copies to:

Counsel of Record